# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3454
LT Case No. 42-2021-CP-2709

_____

KIM LAW, as prior successor personal
representative of the Estate of
Geneva Jarvis,

    Appellant,

    v.

REUBEN S. WILLIAMS, IV, as
Personal Representative of the
Estate of Geneva E. Jarvis,

    Appellee.

_____

On appeal from the Circuit Court for Marion County.
Brad E. King, Judge.

Lynn Buchanan, of Buchanan Law Offices, PLLC, Gainesville,
for Appellant.

No Appearance for Appellee.

October 21, 2025

PER CURIAM.

    AFFIRMED.

WALLIS, EISNAUGLE, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____